On appellant's petition for reconsideration filed January 18, 1989, petition for reconsideration allowed; former decision (94 Or App 564, 767 P2d 120) withdrawn; remanded with instructions to dismiss writ of *habeas corpus* February 22, reconsideration denied April 28, petition for review denied May 31, 1989 (308 Or 79)

## RANDY B. WOODFIELD,
*Appellant,*

*v.*

## MAASS,
*Respondent.*

(87-C-10345; CA A47445)

768 P2d 401

John E. Storkel, Salem, for petition.

No appearance *contra.*

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

Petitioner appealed a judgment denying him relief on the merits in this habeas corpus proceeding. We affirmed without opinion. 94 Or App 564, 767 P2d 120 (1988).

We allow his petition for reconsideration, because the writ should have been dismissed without reaching the merits. *Keenan v. Peterson,* 307 Or 323, 767 P2d 441 (1989).

Petition for reconsideration allowed; former decision withdrawn; remanded with instructions to dismiss the writ of *habeas corpus.*